FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NELSON LOUIS THOMAS, | No. 11-15245 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-01237-GEB<br>Eastern District of California, |
| v. | Sacramento |
| STEVE MO, Dr.; et al., | |
| Defendants - Appellees. | ORDER |

Before: LEAVY, TASHIMA, and BYBEE, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable); *see also WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

SM/Pro Se