UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 06 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NELSON LOUIS THOMAS,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>STEVE MO, Dr.; et al.,<br><br>　　　　Defendants - Appellees. | No. 11-15245<br><br>D.C. No. 2:10-cv-01237-GEB-DAD<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

　　　　The judgment of this Court, entered March 15, 2011, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Theresa Benitez
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NELSON LOUIS THOMAS,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>STEVE MO, Dr.; et al.,<br><br>   Defendants - Appellees. | No. 11-15245<br><br>D.C. No. 2:10-cv-01237-GEB<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: LEAVY, TASHIMA, and BYBEE, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable); *see also WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

SM/Pro Se